**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7740**

_____

RONALD D. SEVER,

        Plaintiff – Appellant,

    v.

CEO OF PRISONER TRANSPORT AMERICA; JOHN DOE, #1; JOHN DOE, #2; JOHN DOE, #3; JOHN DOE, #4,

        Defendants – Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Glen E. Conrad, Chief District Judge. (7:10-cv-00406-gec-mfu)

_____

Submitted:  March 31, 2011        Decided:  April 6, 2011

_____

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ronald D. Sever, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald D. Sever appeals the district court's order dismissing his 42 U.S.C § 1983 (2006) action for failure to state a claim after a 28 U.S.C. § 1915(e)(2)(b) (2006) review, and has moved for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we deny Sever's motion for appointment of counsel and affirm the district court's order. Sever v. CEO of Prisoner Transp. Am., No. 7:10-cv-00406-gec-mfu (W.D. Va. Nov. 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2